```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                      Case No. 18-00139-RNO
Natasha Marie Miller                                        Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: TWilson         Page 1 of 1           Date Rcvd: Feb 27, 2018
                              Form ID: ntcnfhrg      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.

```
db            +Natasha Marie Miller,   1630 Matthew Dr,    York, PA 17404-8613
5011788       +Carmax Auto Finance,    12800 Tuckahoe Creek Pkwy,    Richmond, VA 23238-1124
5011789       +Carmax Auto Finance,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5897
5011787        DeArmond & Associates of York LLC,    18 S George St Ste 610,    York, PA  17401-1450
5011790       +Dept Of Ed/Navient,   123 Justison Street 3rd Floor,    Wilmington, DE 19801-5360
5011792       +ERC,   Po Box 57547,    Jacksonville, FL 32241-7547
5011794       +Medical Data Systems Inc,    2001 9th Ave Ste 312,    Vero Beach, FL 32960-6413
5011793       +Medical Data Systems Inc,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
5011786       +Miller Natasha Marie,    1630 Matthew Dr,    York, PA 17404-8613
5011795       +Navient,   123 Justison Street 3rd Floor,    Wilmington, DE 19801-5360
5021134       +Navient Solutions, LLC on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
5021258       +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
5011800       +PHEAA,    Po Box 61047,    Harrisburg, PA 17106-1047
5011799       +PHEAA,    Po Box 61017,    Harrisburg, PA 17106-1017
5026631       +Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,    Irving, Texas 75063-6046
5011798        Penn Waste, Inc.,   PO Box 3066,    York, PA  17402-0066
5011802      #+Verizon Wireless,    Po Box 26055,    Minneapolis, MN 55426-0055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5011791       +E-mail/PDF: pa_dc_ed@navient.com Feb 27 2018 19:10:46      Dept Of Ed/Navient,   PO Box 9635,
               Wilkes Barre, PA 18773-9635
5016440       +E-mail/Text: vlazo@dyckoneal.com Feb 27 2018 19:12:59      Dyck-O'Neal, Inc.,    P.O. Box 601549,
               Dallas, TX 75360-1549
5011796       +E-mail/PDF: pa_dc_claims@navient.com Feb 27 2018 19:11:07      Navient,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
5027062       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2018 19:10:56
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5011797       +E-mail/Text: bankruptcy@loanpacific.com Feb 27 2018 19:13:04      Pacific Union Financial,
               1603 LBJ Fwy Ste 500,    Farmers Branch, TX 75234-6071
5011801       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 27 2018 21:03:13      Regional Acceptance Corp,
               1424 E Fire Tower Rd,    Greenville, NC 27858-4105
5013970        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 27 2018 21:03:13      Regional Acceptance Corporation,
               PO Box 1847,    Wilson, NC 27894-1847
                                                                           TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Keith B DeArmond   on behalf of Debtor 1 Natasha Marie Miller general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Natasha Marie Miller
Debtor(s)

Chapter     13

Case No.     1:18−bk−00139−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 4, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 11, 2018<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 27, 2018 |