

IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1800139

DEBTOR(S):

Natasha Miller

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 12 IN THE AMOUNT OF $389.99

CREDITOR'S SIGNATURE:

/s/DeAnna Gambrell

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of CVF Consumer Acquisition Company

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

8/28/2018