```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00139-HWV
Natasha Marie Miller                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: PRadginsk      Page 1 of 1      Date Rcvd: Jul 17, 2019
                        Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
        +GM Leader Corporation,   ATTN: Payroll,   1528 Sand Hill Road,   Hummelstown, PA 17036-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
          Ashlee Crane Fogle   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           afogle@rascrane.com
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Keith B DeArmond   on behalf of Debtor 1 Natasha Marie Miller general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   Carmax Auto Finance, c/o Morton & Craig LLC
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                                                      TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
NATASHA MARIE MILLER     CHAPTER 13
    DEBTOR(S)     CASE NO.: 1:18-bk-00139-HWV

## ORDER TO PAY TRUSTEE

AND NOW, this 3rd day of July, 2019, upon consideration of the above-referenced Debtor has filed a Petition under Chapter 13 of the Bankruptcy Court and having submitted all future income to the jurisdiction of this Court in accordance with statue,

**IT IS HEREBY ORDERED** that until further Order of this Court:

    Employer:    GM Leader Corporation
    ATTN:    Payroll
    Address:    1528 Sand Hill Road
                    Hummelstown, PA 17036

Shall deduct from said Debtor's income the sum of $622.47 per bi-weekly pay, for a total of $1348.69 per month, beginning on the next pay date and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    PO Box 7005
    Lancaster, PA 17604

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: July 17, 2019        By the Court,

                                         _Henry W. Van Eck_
                                         Henry W. Van Eck, Bankruptcy Judge [LS]