UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| In re: | ) CASE NO. 1:18-bk-00139-HWV |
| | ) JUDGE Henry W. Van Eck |
| Natasha Marie Miller | ) |
| Debtor. | ) |

**NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 6 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 04/01/2020 through 09/01/2020. Creditor holds a secured interest in real property commonly known as 1630 Matthew Dr. York, Pennsylvania 17404 as evidenced by claim number 7 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 10/01/2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Robertson, Anschutz, Schneid & Crane LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: (470) 321-7112

By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
Email: cwohlrab@rascrane.com

## CERTIFICATE OF SERVICE

I certify that I caused a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* to be served upon the following parties in the following fashion on this 19th day of May 2020.:

**Natasha Marie Miller**
**1630 Matthew Dr**
**York, PA 17404**


And via electronic mail to:

**Keith B DeArmond**
**2951 Whiteford Road, Suite101**
**York, PA 17402**
**717-885-0937**

**Charles J DeHart, III**
**8125 Adams Drive, Suite A**
**Hummelstown, PA 17036**

**United States Trustee**
**228 Walnut Street, Suite 1190**
**Harrisburg, PA 17101**

                Robertson, Anschutz, Schneid & Crane LLC
                Authorized Agent for Secured Creditor
                10700 Abbott's Bridge Road, Suite 170
                Duluth, GA 30097
                Telephone: (470) 321-7112

                By: /s/ Charles G. Wohlrab
                Charles G. Wohlrab, Esquire
                Email: cwohlrab@rascrane.com