In re:  
Natasha Marie Miller  
    Debtor

Case No. 18-00139-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Aug 27, 2020  
                                   Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2020.  
5021134          +Navient Solutions, LLC on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:

         Ashlee Crane Fogle    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER afogle@rascrane.com  
         Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER cwohlrab@rascrane.com  
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
         James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
         Keith B DeArmond    on behalf of Debtor 1 Natasha Marie Miller general.dearmondlaw@gmail.com, G10924@notify.cincompass.com  
         Sara A. Austin    on behalf of Creditor    Bennett Run HOA saa2@austinlawllc.com, jhughes@austinlawllc.com;r64954@notify.bestcase.com  
         Sindi Mncina    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@rascrane.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
         William E. Craig    on behalf of Creditor    Carmax Auto Finance, c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

                                                                                                          TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-00139-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Natasha Marie Miller
1630 Matthew Dr
York PA 17404

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/26/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625 | KHEAA<br>P.O. BOX 798<br>FRANKFORT KY 40602-0798<br>KHEAA<br>P.O. BOX 798<br>FRANKFORT KY 40602-0798 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/29/20

Terrence S. Miller
**CLERK OF THE COURT**