# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    NATASHA MILLER                CHAPTER 13
        DEBTOR(S)               CASE NO: 1:18-bk-00139-HWV
                                        APPLICATION TO EMPLOYER
                                        REALTOR

# ORDER

Upon consideration of the Application to Employ Realtor field by the Debtor, the application is granted and the employment of Emillie H. Albrecht of Real Broker LLC is approved in accordance with the terms of the listing agreement as an Exhibit to the Application of the Debtor.