# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    NATASHA MILLER
        DEBTOR(S)

CHAPTER 13
CASE NO.: 1:18-bk-00139-HWV
MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS

VS.

JACK N. ZAHAROPOULOS, TRUSTEE
ALL CREDITORS/PARTIES IN INTEREST
        RESPONDENTS

## ORDER

Upon consideration of the Motion to Sell Real Estate Free and Clear of Liens filed by the Debtor, Natasha Miller, the Motion is granted and the sale of Debtors' property, located at 1630 Matthew Drive, York, PA 17404 may proceed in accordance with the terms of the Agreement of Sale attached as an Exhbit to the Motion of Debtor with the proceeds to be distributed in the following amounts and order:

    a. Customary costs involved in the sale transaction, including but not limited to, any state and/or local transfer tax, and delinquent real estate taxes.

    b. Mortgage – Nationstar Mortgage LLC d/b/a Mr. Cooper's lien shall be paid in full subject to a proper and accurate payoff at the time of closing, which shall occur in a reasonable time frame. The lien will otherwise remain on the property unless paid in full.

    c. Document Preparation $335.00 – Natasha Miller to Real Broker LLC.

    d. Notary Fees $50.00 – Natasha Miller to Real Broker LLC.

    e. Brokerage Commission $10,194.00 – Natasha Miller to Real Broker LLC.

    f. Brokerage Fee $495.00 – Natasha Miller to Real Broker LLC.

From debtors's net proceeds, the funds shall be distributd as follows:

    g. attorney fee of $2,000.00 to Keith B. DeArmond, Esquire;

    h. to the Debtors the extent of any claimed and allowed exemption;

    i. to the Trustee to provide funding to the confirmed plan; and,

    j. any remaining proceeds to the debtors.