In re:  Case No. 18-00139-HWV

Natasha Marie Miller  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Mar 10, 2022     Form ID: pdf010     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natasha Marie Miller, 1630 Matthew Dr, York, PA 17404-8613 |
| cr | + | Bennett Run HOA, c/o Austin Law Firm LLC, 226 E. Market St., York, PA 17403-2001 |
| cr | + | Carmax Auto Finance, c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 5242771 | + | Bennett Run Homeowners Association, c/o Austin Law Firm LLC, 226 E. Market St., York, PA 17403-2001 |
| 5011788 | + | Carmax Auto Finance, 12800 Tuckahoe Creek Pkwy, Richmond, VA 23238-1124 |
| 5011789 | + | Carmax Auto Finance, 225 Chastain Meadows Ct, Kennesaw, GA 30144-5897 |
| 5011790 | + | Dept Of Ed/Navient, 123 Justison Street 3rd Floor, Wilmington, DE 19801-5360 |
| 5354247 | ++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161 address filed with court:, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 5354248 | ++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161 address filed with court:, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 5011786 | + | Miller Natasha Marie, 1630 Matthew Dr, York, PA 17404-8613 |
| 5187120 | + | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 5187121 | + | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC D/B/A Mr Cooper 75261-9096 ATTN: Bankruptcy Dept |
| 5011795 | + | Navient, 123 Justison Street 3rd Floor, Wilmington, DE 19801-5363 |
| 5021134 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 5021258 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 5011800 | + | PHEAA, Po Box 61047, Harrisburg, PA 17106-1047 |
| 5011799 | + | PHEAA, Po Box 61017, Harrisburg, PA 17106-1017 |
| 5011797 | + | Pacific Union Financial, 1603 LBJ Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 5011798 | | Penn Waste, Inc., PO Box 3066, York, PA 17402-0066 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Mar 10 2022 18:40:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 18:45:50 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5011791 | + | Email/PDF: pa_dc_ed@navient.com | Mar 10 2022 18:45:49 | Dept Of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5011790 | + | Email/PDF: pa_dc_claims@navient.com | Mar 10 2022 18:45:57 | Dept Of Ed/Navient, 123 Justison Street 3rd Floor, Wilmington, DE 19801-5360 |
| 5036405 | | Email/Text: G06041@att.com | Mar 10 2022 18:40:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5016440 | + | Email/Text: vlazo@dyckoneal.com | Mar 10 2022 18:40:00 | Dyck-O'Neal, Inc., P.O. Box 601549, Dallas, TX 75360-1549 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 5103920 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 10 2022 18:40:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5103921 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 10 2022 18:40:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5011792 | + | Email/Text: bknotice@ercbpo.com | Mar 10 2022 18:40:00 | ERC, Po Box 57547, Jacksonville, FL 32241-7547 |
| 5354247 | | Email/Text: legaldivision@kheaa.com | Mar 10 2022 18:40:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 5354248 | | Email/Text: legaldivision@kheaa.com | Mar 10 2022 18:40:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 5037724 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 18:45:50 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5037723 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 18:45:50 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5011793 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 10 2022 18:40:00 | Medical Data Systems Inc, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5011794 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 10 2022 18:40:00 | Medical Data Systems Inc, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 5187121 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 10 2022 18:40:00 | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC D/B/A Mr Cooper 75261-9096, ATTN: Bankruptcy Dept |
| 5187120 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 10 2022 18:40:00 | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 5011796 | + | Email/PDF: pa_dc_claims@navient.com | Mar 10 2022 18:45:57 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5034371 | | Email/PDF: pa_dc_ed@navient.com | Mar 10 2022 18:45:58 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5027062 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 10 2022 18:45:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5039392 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2022 18:40:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series B, PO Box 788, Kirkland, WA 98083-0788 |
| 5011801 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 10 2022 18:45:59 | Regional Acceptance Corp, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 5013970 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 10 2022 18:45:59 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5079085 | | Email/Text: EDBKNotices@ecmc.org | Mar 10 2022 18:40:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 5035370 | | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2022 18:45:54 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5011802 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 10 2022 18:40:00 | Verizon Wireless, Po Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 5011787 | ##+ | DeArmond & Associates of York LLC, 18 S George St Ste 610, York, PA 17401-1173 |
| 5026631 | ##+ | Pacific Union Financial, LLC, 7880 Bent Branch Drive #100, Irving, Texas 75063-6046 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER afogle@rascrane.com |
| Charles G. Wohlrab | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com |
| Keith B DeArmond | on behalf of Debtor 1 Natasha Marie Miller general.dearmondlaw@gmail.com G10924@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Sara A. Austin | on behalf of Creditor Bennett Run HOA saa2@austinlawllc.com jhughes@austinlawllc.com;r64954@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Carmax Auto Finance c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    NATASHA MILLER                    CHAPTER 13
        DEBTOR(S)                    CASE NO.: 1:18-bk-00139-HWV
                                             MOTION TO SELL REAL
                                             ESTATE FREE AND CLEAR OF LIENS

       VS.

    JACK N. ZAHAROPOULOS, TRUSTEE
    ALL CREDITORS/PARTIES IN INTEREST
        RESPONDENTS

## ORDER

Upon consideration of the Motion to Sell Real Estate Free and Clear of Liens filed by the Debtor, Natasha Miller, the Motion is granted and the sale of Debtors' property, located at 1630 Matthew Drive, York, PA 17404 may proceed in accordance with the terms of the Agreement of Sale attached as an Exhbit to the Motion of Debtor with the proceeds to be distributed in the following amounts and order:

    a. Customary costs involved in the sale transaction, including but not limited to, any state and/or local transfer tax, and delinquent real estate taxes.

    b. Mortgage – Nationstar Mortgage LLC d/b/a Mr. Cooper's lien shall be paid in full subject to a proper and accurate payoff at the time of closing, which shall occur in a reasonable time frame. The lien will otherwise remain on the property unless paid in full.

    c. Document Preparation $335.00 – Natasha Miller to Real Broker LLC.

    d. Notary Fees $50.00 – Natasha Miller to Real Broker LLC.

    e. Brokerage Commission $10,194.00 – Natasha Miller to Real Broker LLC.

    f. Brokerage Fee $495.00 – Natasha Miller to Real Broker LLC.

From debtors's net proceeds, the funds shall be distributd as follows:

    g.  attorney fee of $2,000.00 to Keith B. DeArmond, Esquire;

    h.  to the Debtors the extent of any claimed and allowed exemption; ($13,626.20)

    i.  to the Trustee to provide funding to the confirmed plan; and,

    j.  any remaining proceeds to the debtors.

                            By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 10, 2022