Keith B. DeArmond, Esquire
924 Colonial Ave. Building N Suite #305
York, PA 17403

Phone: 717-885-0937         Fax: 717-885-0937
Email: kbdlaw@gmail.com

March 28, 2022

Clerk, U.S. Bankruptcy Court
The Ronald Regan Building
228 Walnut Street
PO Box 908
Harrisburg, PA 17108

    RE: Natasha M. Miller
        Chapter 13, Case No. 1:18-bk-00139

To The Clerk:

    Please be advised that the address for the above-referenced client has changed. Please change the address:

From: 1630 Matthew Drive
       York, PA 17404-8613

To:   2468 Bellinzona Place
      Henderson, NV 89044

                                        Very truly yours,

                                By: _____
                                        Keith B. DeArmond, Esquire
                                        924 Colonial Ave Ste 305
                                        York, PA 17403

KBD/jes