UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NATASHA MARIE MILLER

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

NATASHA MARIE MILLER

    Respondent(s)

CHAPTER 13

CASE NO: 1-18-00139-HWV

## CERTIFICATION OF DEFAULT

AND NOW on October 19, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 19, 2022, the Debtor(s) is/are $8,387.16 in arrears with a plan payment having last been made on Apr 18, 2022.

In accordance with said stipulation, the case may be dismissed.

    Respectfully Submitted,
    /s/ Douglas R. Roeder, Esquire
    for Jack N. Zaharopoulos, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

Dated: October 19, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NATASHA MARIE MILLER   CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-00139-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 19, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| KEITH B. DeARMOND, ESQUIRE<br>924 COLONIAL AVE, BUILDING N<br>SUITE 305<br>YORK, PA 17403- | SERVED ELECTRONICALLY |
| NATASHA MARIE MILLER<br>2468 BELLINZONA PLACE<br>HENDERSON, NV 89044- | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2022

/s/ Matt Arcuri
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com