United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-00139-HWV
Natasha Marie Miller  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3
Date Rcvd: Oct 20, 2022    Form ID: pdf010    Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natasha Marie Miller, 2468 Bellinzona Place, Henderson, NV 89044-1779 |
| cr | + | Bennett Run HOA, c/o Austin Law Firm LLC, 226 E. Market St., York, PA 17403-2001 |
| cr | + | Carmax Auto Finance, c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 5242771 | + | Bennett Run Homeowners Association, c/o Austin Law Firm LLC, 226 E. Market St., York, PA 17403-2001 |
| 5011787 | + | DeArmond & Associates of York LLC, 924 Colonial Ave., Ste. 305, York, PA 17403-3450 |
| 5011786 | + | Miller Natasha Marie, 2468 Bellinzona Place, Henderson, NV 89044-1779 |
| 5021134 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 5011799 | + | PHEAA, Po Box 61017, Harrisburg, PA 17106-1017 |
| 5026631 | + | Pacific Union Financial, LLC, 8900 Freeport Pkwy, Suite 150, Irving, TX 75063-2415 |
| 5011798 | | Penn Waste, Inc., PO Box 3066, York, PA 17402-0066 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 20 2022 18:39:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 18:46:38 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5011788 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 20 2022 18:39:00 | Carmax Auto Finance, 12800 Tuckahoe Creek Pkwy, Richmond, VA 23238 |
| 5011789 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 20 2022 18:39:00 | Carmax Auto Finance, 225 Chastain Meadows Ct, Kennesaw, GA 30144-5841 |
| 5011791 | + | Email/PDF: pa_dc_ed@navient.com | Oct 20 2022 18:46:32 | Dept Of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5011790 | + | Email/PDF: pa_dc_claims@navient.com | Oct 20 2022 18:46:45 | Dept Of Ed/Navient, 123 Justison Street 3rd Floor, Wilmington, DE 19801-5360 |
| 5036405 | | Email/Text: G06041@att.com | Oct 20 2022 18:39:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5016440 | + | Email/Text: vlazo@dyckoneal.com | Oct 20 2022 18:39:00 | Dyck-O'Neal, Inc., P.O. Box 601549, Dallas, TX 75360-1549 |
| 5103920 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 20 2022 18:39:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5103921 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 20 2022 18:39:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5011792 | + | Email/Text: bknotice@ercbpo.com | Oct 20 2022 18:39:00 | ERC, Po Box 57547, Jacksonville, FL 32241-7547 |
| 5354247 | | Email/Text: legaldivision@kheaa.com | Oct 20 2022 18:39:00 | KHEAA, P.O. BOX 798, FRANKFORT KY |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5354248 | | Email/Text: legaldivision@kheaa.com | Oct 20 2022 18:39:00 | 40602-0798<br>KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 5037724 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 18:46:32 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5037723 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 18:46:32 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5011793 | + | Email/Text: MDSBankruptcies@meddatsys.com | Oct 20 2022 18:39:00 | Medical Data Systems Inc, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5011794 | + | Email/Text: MDSBankruptcies@meddatsys.com | Oct 20 2022 18:39:00 | Medical Data Systems Inc, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 5187121 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 18:39:00 | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC D/B/A Mr Cooper 75261-9096, ATTN: Bankruptcy Dept |
| 5187120 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 18:39:00 | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 5011795 | + | Email/PDF: pa_dc_claims@navient.com | Oct 20 2022 18:46:36 | Navient, 123 Justison Street 3rd Floor, Wilmington, DE 19801-5363 |
| 5011796 | + | Email/PDF: pa_dc_claims@navient.com | Oct 20 2022 18:46:32 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5034371 | | Email/PDF: pa_dc_ed@navient.com | Oct 20 2022 18:46:32 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5011800 | + | Email/Text: bncnotifications@pheaa.org | Oct 20 2022 18:39:00 | PHEAA, Po Box 61047, Harrisburg, PA 17106-1047 |
| 5021258 | + | Email/Text: bncnotifications@pheaa.org | Oct 20 2022 18:39:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 5027062 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 20 2022 18:46:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5011797 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 18:39:00 | Pacific Union Financial, 1603 LBJ Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 5039392 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2022 18:39:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series B, PO Box 788, Kirkland, WA 98083-0788 |
| 5011801 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 20 2022 18:46:46 | Regional Acceptance Corp, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 5013970 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 20 2022 18:46:46 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5079085 | | Email/Text: EDBKNotices@ecmc.org | Oct 20 2022 18:39:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 5035370 | | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2022 18:46:45 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5011802 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 20 2022 18:39:00 | Verizon Wireless, Po Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

**Name**        **Email Address**

Ashlee Crane Fogle
 on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER afogle@rascrane.com

Brian C Nicholas
 on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Charles G. Wohlrab
 on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER cwohlrab@raslg.com

Jack N Zaharopoulos (Trustee)
 TWecf@pamd13trustee.com

James Warmbrodt
 on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com

Keith B DeArmond
 on behalf of Debtor 1 Natasha Marie Miller general.dearmondlaw@gmail.com G10924@notify.cincompass.com

Sara A. Austin
 on behalf of Creditor Bennett Run HOA saa2@austinlawllc.com jhughes@austinlawllc.com;r64954@notify.bestcase.com

Sindi Mncina
 on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@raslg.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

William E. Craig
 on behalf of Creditor Carmax Auto Finance c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

NATASHA MARIE MILLER

Debtor 1

Chapter: 13
Case No.: 1:18-bk-00139-HWV

JACK N. ZAHAROPOULO
CHAPTER 13 TRUSTEE
   vs.             Movant(s)

NATASHA MARIE MILLER

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 20, 2022