In re:                                                    Case No. 18-00139-HWV

Natasha Marie Miller                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                          Page 1 of 3

Date Rcvd: Nov 09, 2022                 Form ID: pdf010                      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natasha Marie Miller, 2468 Bellinzona Place, Henderson, NV 89044-1779 |
| cr | + | Bennett Run HOA, c/o Austin Law Firm LLC, 226 E. Market St., York, PA 17403-2001 |
| cr | + | Carmax Auto Finance, c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 5242771 | + | Bennett Run Homeowners Association, c/o Austin Law Firm LLC, 226 E. Market St., York, PA 17403-2001 |
| 5011787 | + | DeArmond & Associates of York LLC, 924 Colonial Ave., Ste. 305, York, PA 17403-3450 |
| 5011786 | + | Miller Natasha Marie, 2468 Bellinzona Place, Henderson, NV 89044-1779 |
| 5021134 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 5011799 | + | PHEAA, Po Box 61017, Harrisburg, PA 17106-1017 |
| 5026631 | + | Pacific Union Financial, LLC, 8900 Freeport Pkwy, Suite 150, Irving, TX 75063-2415 |
| 5011798 | | Penn Waste, Inc., PO Box 3066, York, PA 17402-0066 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 09 2022 18:39:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2022 18:48:44 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5011788 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 09 2022 18:39:00 | Carmax Auto Finance, 12800 Tuckahoe Creek Pkwy, Richmond, VA 23238 |
| 5011789 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 09 2022 18:39:00 | Carmax Auto Finance, 225 Chastain Meadows Ct, Kennesaw, GA 30144-5841 |
| 5011791 | + | Email/PDF: pa_dc_ed@navient.com | Nov 09 2022 18:48:37 | Dept Of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5011790 | + | Email/PDF: pa_dc_claims@navient.com | Nov 09 2022 18:48:37 | Dept Of Ed/Navient, 123 Justison Street 3rd Floor, Wilmington, DE 19801-5360 |
| 5036405 | | Email/Text: G06041@att.com | Nov 09 2022 18:39:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5016440 | + | Email/Text: vlazo@dyckoneal.com | Nov 09 2022 18:39:00 | Dyck-O'Neal, Inc., P.O. Box 601549, Dallas, TX 75360-1549 |
| 5103920 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 09 2022 18:39:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5103921 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 09 2022 18:39:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5011792 | + | Email/Text: bknotice@ercbpo.com | Nov 09 2022 18:39:00 | ERC, Po Box 57547, Jacksonville, FL 32241-7547 |
| 5354247 | | Email/Text: legaldivision@kheaa.com | Nov 09 2022 18:39:00 | KHEAA, P.O. BOX 798, FRANKFORT KY |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 40602-0798 |
| 5354248 | | Email/Text: legaldivision@kheaa.com | Nov 09 2022 18:39:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 5037724 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2022 18:48:38 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5037723 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2022 18:48:39 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5011793 | + | Email/Text: MDSBankruptcies@meddatsys.com | Nov 09 2022 18:39:00 | Medical Data Systems Inc, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5011794 | + | Email/Text: MDSBankruptcies@meddatsys.com | Nov 09 2022 18:39:00 | Medical Data Systems Inc, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 5187121 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 09 2022 18:39:00 | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC D/B/A Mr Cooper 75261-9096, ATTN: Bankruptcy Dept |
| 5187120 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 09 2022 18:39:00 | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 5011795 | + | Email/PDF: pa_dc_claims@navient.com | Nov 09 2022 18:48:37 | Navient, 123 Justison Street 3rd Floor, Wilmington, DE 19801-5363 |
| 5011796 | + | Email/PDF: pa_dc_claims@navient.com | Nov 09 2022 18:48:37 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5034371 | | Email/PDF: pa_dc_ed@navient.com | Nov 09 2022 18:48:37 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5011800 | + | Email/Text: bncnotifications@pheaa.org | Nov 09 2022 18:39:00 | PHEAA, Po Box 61047, Harrisburg, PA 17106-1047 |
| 5021258 | + | Email/Text: bncnotifications@pheaa.org | Nov 09 2022 18:39:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 5027062 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 09 2022 18:48:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5011797 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 09 2022 18:39:00 | Pacific Union Financial, 1603 LBJ Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 5039392 | | Email/Text: bnc-quantum@quantum3group.com | Nov 09 2022 18:39:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series B, PO Box 788, Kirkland, WA 98083-0788 |
| 5011801 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 09 2022 18:48:50 | Regional Acceptance Corp, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 5013970 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 09 2022 18:48:50 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5079085 | | Email/Text: EDBKNotices@ecmc.org | Nov 09 2022 18:39:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 5035370 | | Email/PDF: ebn_ais@aisinfo.com | Nov 09 2022 18:48:38 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5011802 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 09 2022 18:39:00 | Verizon Wireless, Po Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022              Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER afogle@rascrane.com |
| Brian C Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com |
| Keith B DeArmond | on behalf of Debtor 1 Natasha Marie Miller general.dearmondlaw@gmail.com G10924@notify.cincompass.com |
| Sara A. Austin | on behalf of Creditor Bennett Run HOA saa2@austinlawllc.com jhughes@austinlawllc.com;r64954@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Carmax Auto Finance c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

NATASHA MARIE MILLER     CHAPTER 13
          DEBTOR(S)     CASE NO.: 1:18-bk-00139-HWV
                                     MOTION TO REINSTATE

## ORDER

AND NOW, upon consideration of Debtor's Motion to Reinstate, it is hereby:

ORDERED, that the Bankruptcy captioned here is reinstated.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 9, 2022