
## U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Natasha Marie Miller, Case Number: 18-00139, HWV, Ref: [p-186634999]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>     Mon, Nov 28, 2022 at 3:51 PM
To: general.dearmondlaw@gmail.com

Notice of Returned Mail to Debtor/Debtor's Attorney

November 28, 2022

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Natasha Marie Miller, Case Number 18-00139, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>Ronald Reagan Federal Building</u>
<u>228 Walnut St, Rm 320</u>
<u>Harrisburg, PA 17101-1737</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Pacific Union Financial, LLC
8900 Freeport Pkwy, Suite 150
Irving, TX 75063-2415

_____
Signature of Debtor or Debtor's Attorney

THE UPDATED ADDRESS IS:

PACIFIC UNION FINANCIAL, LLC
7880 BENT RANCH DR
IRVING, TX 75063

11-29-2022
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.