United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                Case No. 18-00139-HWV

Natasha Marie Miller                           Chapter 13

      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                Page 1 of 3
Date Rcvd: Apr 19, 2023                            Form ID: pdf010                            Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natasha Marie Miller, 2468 Bellinzona Place, Henderson, NV 89044-1779 |
| cr | + | Bennett Run HOA, c/o Austin Law Firm LLC, 226 E. Market St., York, PA 17403-2001 |
| cr | + | Carmax Auto Finance, c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 5242771 | + | Bennett Run Homeowners Association, c/o Austin Law Firm LLC, 226 E. Market St., York, PA 17403-2001 |
| 5011787 | + | DeArmond & Associates of York LLC, 924 Colonial Ave., Ste. 305, York, PA 17403-3450 |
| 5011786 | + | Miller Natasha Marie, 2468 Bellinzona Place, Henderson, NV 89044-1779 |
| 5021134 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 5011799 | + | PHEAA, Po Box 61017, Harrisburg, PA 17106-1017 |
| 5026631 | + | Pacific Union Financial, LLC, 7880 Bent Ranch Dr, Irving, TX 75063-6002 |
| 5011798 | | Penn Waste, Inc., PO Box 3066, York, PA 17402-0066 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Apr 19 2023 18:41:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2023 18:39:38 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5011788 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Apr 19 2023 18:41:00 | Carmax Auto Finance, 12800 Tuckahoe Creek Pkwy, Richmond, VA 23238 |
| 5011789 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Apr 19 2023 18:41:00 | Carmax Auto Finance, 225 Chastain Meadows Ct, Kennesaw, GA 30144-5841 |
| 5011791 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 19 2023 18:39:46 | Dept Of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5011790 | + | Email/PDF: pa_dc_claims@navient.com | Apr 19 2023 18:39:46 | Dept Of Ed/Navient, 123 Justison Street 3rd Floor, Wilmington, DE 19801-5360 |
| 5036405 | | Email/Text: G06041@att.com | Apr 19 2023 18:41:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5016440 | + | Email/Text: vlazo@dyckoneal.com | Apr 19 2023 18:41:00 | Dyck-O'Neal, Inc., P.O. Box 601549, Dallas, TX 75360-1549 |
| 5103920 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 19 2023 18:41:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5103921 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 19 2023 18:41:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5011792 | + | Email/Text: bknotice@ercbpo.com | Apr 19 2023 18:41:00 | ERC, Po Box 57547, Jacksonville, FL 32241-7547 |
| 5354247 | | Email/Text: legaldivision@kheaa.com | Apr 19 2023 18:41:00 | KHEAA, P.O. BOX 798, FRANKFORT KY |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5354248 | | Email/Text: legaldivision@kheaa.com | Apr 19 2023 18:41:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 5037724 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2023 18:39:38 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5037723 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2023 18:39:38 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5011793 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 19 2023 18:41:00 | Medical Data Systems Inc, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5011794 | + | Email/Text: MDSBankruptcies@meddatsys.com | Apr 19 2023 18:41:00 | Medical Data Systems Inc, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 5187121 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2023 18:41:00 | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC D/B/A Mr Cooper 75261-9096, ATTN: Bankruptcy Dept |
| 5187120 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2023 18:41:00 | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 5011795 | + | Email/PDF: pa_dc_claims@navient.com | Apr 19 2023 18:39:55 | Navient, 123 Justison Street 3rd Floor, Wilmington, DE 19801-5363 |
| 5011796 | + | Email/PDF: pa_dc_claims@navient.com | Apr 19 2023 18:39:46 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5034371 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 19 2023 18:39:55 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5011800 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2023 18:41:00 | PHEAA, Po Box 61047, Harrisburg, PA 17106-1047 |
| 5021258 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2023 18:41:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 5027062 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 19 2023 18:39:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5011797 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2023 18:41:00 | Pacific Union Financial, 1603 LBJ Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 5039392 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2023 18:41:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series B, PO Box 788, Kirkland, WA 98083-0788 |
| 5011801 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 19 2023 18:54:48 | Regional Acceptance Corp, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 5013970 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 19 2023 18:54:48 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5079085 | | Email/Text: EDBKNotices@ecmc.org | Apr 19 2023 18:41:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 5035370 | | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2023 18:39:55 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5011802 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 19 2023 18:41:00 | Verizon Wireless, Po Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Ashlee Crane Fogle | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER afogle@rascrane.com |
| Brian C Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER cwohlrab@raslg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial  LLC bkgroup@kmllawgroup.com |
| Keith B DeArmond | on behalf of Debtor 1 Natasha Marie Miller general.dearmondlaw@gmail.com  G10924@notify.cincompass.com |
| Sara A. Austin | on behalf of Creditor Bennett Run HOA saa2@austinlawllc.com  jhughes@austinlawllc.com;r64954@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Carmax Auto Finance  c/o Morton & Craig LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Natasha Marie Miller | | | |
|---|---|---|---|
| | Debtor 1 | Chapter: | 13 |
| | | Case No.: | 1:18-bk-00139-HWV |
| Jack N Zaharopoulos | | | |
| vs. | Movant(s) | | |
| Natasha Marie Miller | | | |
| | Respondent(s) | | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default, Doc. 99, as well as the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 39, and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 19, 2023